UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INFORMATION** |
| v. | 26 Cr. 72 JGLC |
| PHILIP CASTRACUCCO, | |
| Defendant. | |

**COUNT ONE**
**(Filing False Tax Returns)**

The United States Attorney Charges:

1.  At all times relevant to this Information:

    a.  PHILIP CASTRACUCCO, the defendant, was a resident of Tuckahoe, New York;

    b.  PHILIP CASTRACUCCO, the defendant, was an independent contractor who performed construction work, primarily as a contractor for masonry projects in the vicinity of Westchester County, New York;

    c.  PHILIP CASTRACUCCO, the defendant, operated his construction contracting business as Company-1, an S-Corporation of which CASTRACUCCO was the sole owner. S-Corporations are "pass through" entities, the income, deductions and credits of which pass through directly to their owners, who are required to report their share of the S-Corporation's profit or loss on their personal tax returns; and

    d.  PHILIP CASTRACUCCO, the defendant, was required to report to the Internal Revenue Service ("IRS"):

          i.       The revenue, expenses and income of Company-1, on Company-1's U.S. Income Tax Returns for an S Corporation, IRS Forms 1120-S;

          e.       Salary and pass through business income CASTRACUCCO received from Company-1, on CASTRACUCCO'S U.S. Individual Income Tax Returns, IRS Forms 1040; and

          f.       Company-1 salaries and wages paid to CASTRACUCCO and other Company-1 employees, the total amount of federal income tax withheld from their paychecks, and the total amounts of contributions to Social Security and Medicare due from Company-1 (all together, "payroll taxes"), on IRS Forms 941, Employer's Quarterly Federal Tax Return, no later than the last day of the month following the end of each quarter.

2.       From at least in or about 2017 through at least in or about 2022, PHILIP CASTRACUCCO, the defendant, caused Company-1 business receipt checks in a total amount of approximately $3,606,373.00 to be cashed through a check cashing business, and converted to cash in a total amount of approximately $3,534,245.54 after associated check cashing fees, rather than deposited into a Company-1 business bank account. CASTRACUCCO used this cash to pay: salaries and wages to COMPANY-1 employees, including himself; for other items purchased for CASTRACUCCO's own benefit; and for materials used by COMPANY-1.

3.       From in or about 2018 through in or about 2023, PHILIP CASTRACUCCO, the defendant, filed and caused to be filed with the IRS Company-1 U.S. Income Tax Returns for an S Corporation, IRS Forms 1120-S, that omitted: (a) Company-1's gross receipts from the aforementioned checks; and (b) salaries and wages paid by Company-1 to CASTRACUCCO and others, in approximately the following amounts for the following calendar years:

| Calendar Year | Omitted Gross Receipts From Checks | Omitted Salaries and Wages |
|---|---|---|
| 2017 | $436,204.86 | $208,853.20 |
| 2018 | $410,769.94 | $199,722.56 |
| 2019 | $654,692.92 | $200,144.00 |
| 2020 | $837,920.58 | $71,431.00 |
| 2021 | $554,728.02 | $153,218.00 |
| 2022 | $639,929.22 | $182,174.00 |
| **Total** | **$3,534,245.54** | **$1,015,542.76** |

4. From in or about 2017 through in or about 2023, PHILIP CASTRACUCCO, the defendant, caused to be filed with the IRS Company-1 Forms 941, Employer's Quarterly Federal Tax Return, that omitted the salaries and wages set forth in Paragraph 3, above, and failed to withhold and pay over to the IRS associated payroll taxes.

5. From in or about 2020 through in or about 2023, PHILIP CASTRACUCCO, the defendant, filed and caused to be filed with the IRS U.S. Individual Income Tax Returns, IRS Forms 1040, that omitted business income CASTRACUCCO received from Company-1 in approximately the following amounts for the following calendar years:

| Calendar Year | Omitted Business Income |
|---|---|
| 2019 | $191,408.60 |
| 2020 | $382,470.88 |
| 2021 | $169,169.45 |
| 2022 | $171,742.03 |
| **Total** | **$914,790.96** |

6. From in or about April 2020 through in or about October 2023, in the Southern District of New York and elsewhere, PHILIP CASTRACUCCO, the defendant, a resident of Westchester County, New York, willfully and knowingly did make and subscribe to false United States Individual Income Tax Returns, Forms 1040, for himself for calendar years 2019 through 2022, which were prepared and signed in the Southern District of New York, and which were filed with the IRS, and which were verified by written declarations that they were made under the penalties of perjury, and which CASTRACUCCO did not believe to be true and correct as to every material matter, to wit, CASTRACUCCO fraudulently omitted substantial (1) income Company-1 received, from Company-1's Forms 1120-S, and (2) business income CASTRACUCCO received, from CASTRACUCCO's Forms 1040.

(Title 26, United States Code, Section 7206(1).)

*[signature: Jay Clayton]*

JAY CLAYTON
United States Attorney