UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PHILIP CASTRACUCCO,

Defendant.

26 Cr. ___72_____

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

TO:     Jeffrey C. Coffman, Esq.
        Assistant U.S. Attorney
        Chief, White Plains Division
        U.S. Attorney's Office
        Southern District of New York
        50 Main Street, Suite 100
        White Plains, New York 10606

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Richard J. Sapinski in support of this motion and the Certificate of Good Standing annexed thereto, the undersigned will move this Court before the Honorable Jessica G. L. Clarke, U.S.D.J., at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of new York for an Order allowing the admission of the undersigned, Richard J. Sapinski, an attorney with the firm Sills Cummis & Gross P.C. and a member of good standing of the Bar of the State of New Jersey, as attorney *pro hac vice* to argue or to try this case in whole or in part as counsel for defendant Philip Castracucco.  There are no pending disciplinary proceedings against me in any State or Federal Court.

Respectfully submitted,

Richard J. Sapinski
Sills Cummis & Gross P.C.
101 Park Avenue, 28th Floor

20254979 v1

New York, New York 10178
rsapinski@sillscummis.com
212-643-7000

Dated: February 2*6*, 2026

Case 7:26-cr-00072-JGLC    Document 6    Filed 03/05/26    Page 2 of 6

20254979 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PHILIP CASTRACUCCO,

Defendant.

26 Cr. ___72___

**MOTION FOR ADMISSION**
*PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Richard J. Sapinski hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendant Philip Castracucco in the above captioned action.

I am in good standing of the Bar of the State of New Jersey and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 2⁄6, 2026

Respectfully submitted,

Richard J. Sapinski
Sills Cummis & Gross P.C.
101 Park Avenue
New York, New York 10178
Tel./Fax: 212-643-7000/212-643-6500
Email: rsapinski@sillscummis.com

20254979 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PHILIP CASTRACUCCO,

Defendant.

26 Cr. ___72____

**AFFIDAVIT OF RICHARD J. SAPINSKI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Richard J. Sapinski, being duly sworn, deposes and says:

1.     I am admitted and eligible to practice in the State of New Jersey and the United States District Court of the District of New Jersey.

2.     I have expertise in the area of this litigation and am familiar with the facts of this proceeding.  As a result, defendant Philip Castracucco has requested that I represent him in this action.

3.     I am a member of good standing in the Bar of the State of New Jersey.  A Certificate of Good Standing for the Bar of the State of New Jersey is attached hereto.

4.     I have never been convicted of a felony; censured, suspended, disbarred or denied admission or readmission by any court; nor are there any disciplinary proceedings presently against me.

5.     I further certify that I have read and am fully familiar with all the rules and treatises listed in Local Rule 1.3.

_____
Richard J. Sapinski

ALTHEA PRICE-DRAYTON
Notary Public, State of New Jersey
Comm. # 2445297
My Commission Expires 4/17/2029

Sworn to before me this
24 day of February, 2026

_____
Notary Public

20254979 v1

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **RICHARD J SAPINSKI** (No. **020671977** ) was constituted and appointed an Attorney at Law of New Jersey on **December 08, 1977** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 13th day of February, 2026.

_Clerk of the Supreme Court_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

PHILIP CASTRACUCCO,

Defendant.

---

26 Cr. __72____

~~[PROPOSED]~~ **ORDER FOR
ADMISSION *PRO HAC VICE***

The motion of Richard J. Sapinski ("Applicant"), for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member of good standing of the Bar of the State of New Jersey; and that his contact information is as follows:

> Richard J. Sapinski
> Sills Cummis & Gross P.C.
> 101 Park Avenue
> New York, New York 10178
> Telephone/Fax: 212-643-7000/212-643-6500
> Email: rsapinski@sillscummis.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant Philip Castracucco in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ___March 4, 2026_____

_____
HON. JESSICA G. L. CLARKE, U.S.D.J.

20254979 v1